# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00581-CV

**Sun Belt Commodities, Appellant**

**v.**

**Highlands Insurance Company, In Receivership, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-05-004416, HONORABLE MARGARET COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sun Belt Commodities filed a notice of appeal on September 18, 2008. On December 12, 2008, the court reporter informed this Court that appellant had neither paid for nor made arrangements to pay for the reporter's record. That same day the clerk of this Court sent notice to appellant's counsel that this appeal would be dismissed for want of prosecution if appellant did not submit a status report to this Court on or before December 22, 2008. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   February 4, 2009